Dewayne TAYLOR, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71987.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 26, 1997.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

Paula SPAULDING, Appellant,

v.

BRUKER BROWN ARCHITECTS, INC.,
P.C. and Division of Employment
Security, Respondents.

No. 72358.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 26, 1997.

Mathieu D. Bregande, Law Office of Mark R. Rudoff, St. Louis, for Appellant.

Larry R. Ruhmann, St. Louis, for Respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

Employee appeals from the order of the Commission disqualifying her from receiving unemployment benefits under Section 288.040, RSMo 1994. Employee alleges that her voluntary separation was for good cause, as required by section 288.050.1, RSMo.1994. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The order of the Commission is affirmed in accordance with Rule 84.16(b).